# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 10-151(1) (DWF/RLE) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Joseph Joshua Jackson, | |
| Defendant. | |

Clifford B. Wardlaw and Karen B. Schommer, Assistant United States Attorneys, United States Attorney's Office, counsel for Plaintiff.

Andrea K. George, Assistant Federal Defender, Office of the Federal Defender, counsel for Defendant.

---

This matter is before the Court upon Defendant Joseph Joshua Jackson's ("Defendant") objections to Magistrate Judge Raymond L. Erickson's Report and Recommendation dated August 5, 2010, insofar as it recommends that the Defendant's Motion to Dismiss the Indictment be denied.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Defendant's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Defendant Joseph Joshua Jackson's objections (Doc. No. [43]) to Magistrate Judge Raymond L. Erickson's Report and Recommendation dated August 5, 2010, are **DENIED**.

2. Magistrate Judge Raymond L. Erickson's Report and Recommendation dated August 5, 2010 (Doc. No. [38]), is **ADOPTED**.

3. Defendant's Motion to Dismiss the Indictment (Doc. No. [22]) is **DENIED**.


Dated:  August 23, 2010	s/Donovan W. Frank
	DONOVAN W. FRANK
	United States District Judge